# United States Court of Appeals
## For the First Circuit

No. 15-2197

JAMES G. MACKENZIE

Plaintiff - Appellant

v.

BART NELSON, sued in his individual capacity; TRISH GRANT, sued in her individual capacity

Defendants - Appellees

BRUCE GELB, sued in his individual capacity; LUIS SPENCER, sued in his individual capacity; LAWRENCE WEINER, sued in his individual capacity

Defendants

**JUDGMENT**

Entered: January 7, 2016
Pursuant to 1st Cir. R. 27.0(d)

By order entered December 7, 2015, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by December 21, 2015 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 3.0(b).

By the Court:

/s/ Margaret Carter, Clerk

cc:
James G. Mackenzie
James A. Bello
Stephen G. Dietrick
Tory A. Weigand