# United States Court of Appeals
## For the First Circuit

No. 15-2197

JAMES G. MACKENZIE

Plaintiff - Appellant

v.

BART NELSON, sued in his individual capacity; TRISH GRANT, sued in her individual capacity

Defendants - Appellees

BRUCE GELB, sued in his individual capacity; LUIS SPENCER, sued in his individual capacity; LAWRENCE WEINER, sued in his individual capacity

Defendants

**MANDATE**

Entered: January 29, 2016

In accordance with the judgment of January 7, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
James A. Bello
Stephen G. Dietrick
James G. Mackenzie
Tory A. Weigand