UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JAMES G. MACKENZIE**
          Plaintiff(s)

     v.                                       CIVIL ACTION NO. **13-13081-DJC**

**BART NELSON, ET AL**
          Defendant(s)

### JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

Judgment for the defendants.

Robert M. Farrell, Clerk

Dated:  6/27/16                               /s/ Lisa M. Hourihan
                                                              ( By )  Deputy Clerk

NOTE:  The post judgment interest rate effective this date is ____%.

(judgciv.frm - 10/96)                                                                 [jgm.]